NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3247

## ROBERT SMITH,

Petitioner,

v.

## DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of an arbitrator's decision in
FMCS No. 06-56949 by Sylvia P. Skratek.

ON MOTION

ORDER

Upon consideration of Robert Smith's motion to voluntarily withdraw his petition,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

FEB 26 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    Thomas F. Muther, Jr., Esq.
Elizabeth M. Hosford, Esq.

s21

ISSUED AS A MANDATE:    FEB 26 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 26 2010

JAN HORBALY
CLERK